No. 78–6881.   PRASAD *v.* MERGES, DIRECTOR OF DEVELOPMENTAL CENTER, ET AL., *ante,* p. 861;

No. 79–160.   CONNELLY *v.* COMMERCIAL TRADING CO., INC., *ante,* p. 869;

No. 79–251.   SAPPINGTON *v.* BECKERT, JUDGE, ET AL., *ante,* p. 891;

No. 79–5131.   MONTGOMERY *v.* UNITED STATES, *ante,* p. 876;

No. 79–5148.   MEREDITH *v.* MACDOUGALL, CORRECTIONS DIRECTOR, ET AL., *ante,* p. 877;

No. 79–5185.   GARCIA *v.* INDIANA, *ante,* p. 901;

No. 79–5194.   PAGE *v.* CALIFORNIA, *ante,* p. 901; and

No. 79–5226.   GREER *v.* UNITED STATES, *ante,* p. 902.   Petitions for rehearing denied.

NOVEMBER 19, 1979

No. 79–5409.   McDERMOTT *v.* NATIONS ET AL.   Sup. Ct. Mo.   Certiorari dismissed under this Court's Rule 60.   ██

NOVEMBER 26, 1979

No. 79–458.   DONNER *v.* ANTON ET AL.   Appeal from Dist. Ct. App. Fla., 3d Dist., dismissed as jurisdictionally out of time.

No. 79–513.   JENNINGS *v.* MOORE ET AL.   Appeal from Sup. Ct. Iowa dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–549.   SMART *v.* CALIFORNIA.   Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.